UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL A. WEIDLICH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:12-cv-00566

## ORDER

This matter is before the Court on Plaintiff's request to proceed *in forma pauperis*. (Dkt. #2). As articulated herein, Plaintiff's request is **denied**.

The Court may waive the payment of filings fees in a civil action if the plaintiff "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915. The affidavit of financial status submitted reveals that Plaintiff does not satisfy this standard.

According to Plaintiff, she has over $5,000 cash on hand. Plaintiff and her husband also own their residence free and clear, and their monthly income, while limited, is not insignificant. In short, Plaintiff is not a pauper.

IT IS THEREFORE ORDERED that Plaintiff's request to proceed *in forma pauperis* in this matter, (Dkt. #2), is **DENIED**.

IT IS FURTHER ORDERED that within 28 days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in the dismissal of her case without prejudice.


Date: June 8, 2012                                                      /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**