UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAROL A. WEIDLICH, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-cv-566 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | |

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date:  February 21, 2013                                         /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                Chief United States District Judge