UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL WEIDLICH,

    Plaintiff,

v.

                                  Case No. 1:12-cv-566

                                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the plaintiff and against the defendant in the amount of $2,135.00.

Date:  October 3, 2013                             /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District